# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA VOLLE,, <br><br> Plaintiff, <br><br> v. <br><br> ADVANCER LIMITED PARTNERSHIP, L.P. and others, <br><br> Defendants. | Case No. 18-cv-01094 NC <br><br> **ORDER OF CONDITIONAL DISMISSAL** <br><br> Re: Dkt. 25 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within sixty days. All pending deadlines and hearings are VACATED.

IT IS SO ORDERED.

Dated: December 28, 2018

Nathanael M. Cousins
United States Magistrate Judge